**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **ALBERT W. LUCKY, SR.,** | **Case No. 17-20498 (JJT)** |
| **Debtor.** | |

# NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

THOMAS C. BOSCARINO, having submitted his resignation as chapter 7 trustee for the estate of the above named debtor, the United States Trustee for the District of Connecticut hereby appoints KARA S. RESCIA as the chapter 7 trustee.

Dated:  New Haven, Connecticut
        October 1, 2018

                                        Respectfully submitted,

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                                        /s/ Kim L. McCabe

                                        Kim L. McCabe/ct 23661
                                        Assistant United States Trustee
                                        150 Court Street, Room 302
                                        New Haven, Connecticut 06510
                                        Telephone: 203.773.2210
                                        Facsimile: 203.773.2217
                                        E-mail: Kim.McCabe@usdoj.gov